**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TARA JESSOP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JENNA MARIE RAMMELL, et al.,<br><br>　　　　Defendants. | Case No.: 8:21-cv-00315-MEMF(DFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

/ / /

/ / /

## ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 8 , 2022

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge